UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DOMINGUEZ,<br>　　　　Petitioner,<br>　　v.<br>R. BROOMFIELD,<br>　　　　Respondent. | Case No. 21-cv-03204-JD<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 2 |

Petitioner, a state prisoner acting pro se, filed a habeas petition seeking release due to the COVID-19 pandemic. Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and petitioner has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. The case is **DISMISSED** without prejudice and a certificate of appealability is **DENIED**. Petitioner's motion to appoint counsel (Docket No. 2) is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: June 16, 2021

_____
JAMES DONATO
United States District Judge